**THE HONORABLE BRIAN D. LYNH**
                                               **CHAPTER 13**
                                               **HEARING DATE:  May 25, 2011**
                                               **HEARING TIME:  1:30 p.m.**
                                               **LOCATION:  Tacoma, Washington**

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| In Re: | ) | NO.  11-42038 |
| | ) | |
| ANGELA UKPOMA, | ) | **ORDER DISMISSING CHAPTER 13 CASE** |
| | ) | **AND IMPOSING 180- DAY REFILING** |
|           Debtor. | ) | **BAR** |

     **THIS MATTER** having come on regularly for hearing on the Order to Show Cause to Dismiss the Case and Imposing 180 Refiling Bar, the Court having been fully advised in the premises and having reviewed the records and files herein and having made findings on the record pursuant to FRBP 7052, now, therefore, it is hereby

     **ORDERED, ADJUDGED and DECREED** that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the Debtor(s); and it is further

     **ORDERED, ADJUDGED and DECREED** that the Chapter 13 Plan is **DISMISSED** and the debtor is **BARRED FROM FILING** a petition in Bankruptcy Court for **180 DAYS** commencing from the date of this order.

     **DATED** this _____ day of _____, 2011.

                                               *[signature]*

                                      H Brian D. Lynch
                                      United States Bankruptcy Judge
                                      (Dates as of Entered on Docket date above)

Presented by:

/s/ David M. Howe
DAVID M. HOWE, Chapter 13 Trustee

                                                                                    David M. Howe
                                                                                 Chapter 13 Trustee
                                                                         1551 Broadway, Suite 600
                                                                                   Tacoma, WA  98402
                                                                                         (253) 572-6600

Order Dismissing Chapter 13 Case
and Imposing 180-Day Refiling Bar – Page 1